IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| INFRASTRUCTURE SERVICE COMPANY, LLC | ) ) ) | Case No. 04-12037 (PJW) |
| | ) | |
| Debtor. | ) | |
| INFRASTRUCTURE SERVICE COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Adv. No. 05-51879 (PJW) |
| JOHN F. FIRESTONE, HUB MANAGEMENT, INC., JOHN FIRESTONE MASTER LIMITED PARTNERSHIP, AND HMI GROUP, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL OF ORDER REGARDING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER – ADV. DOCKET NO. 21**

John F. Firestone ("Firestone"), HUB Management, Inc. n/k/a HMI Group Inc. ("HUB"), and John Firestone Master Limited Partnership (the "Master Partnership," and together with HUB and Firestone, the "Defendants"), hereby appeal (the "Appeal"), pursuant to 28 U.S.C. §158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, the *Order* [Adv. Docket No. 21] entered by the United States Bankruptcy Court for the District of Delaware on July 7, 2005 regarding the Emergency Motion For a Temporary Restraining Order [Adv. Docket No. 3] (the "Emergency Motion") filed by Infrastructure Service Company, LLC (the "Debtor" or "Plaintiff").

The names of all parties to this Appeal and the names, addresses and telephone numbers of the respective attorneys are as follows:

1. John F. Firestone, *et al.* (Defendants)

    Joseph A. Malfitano, Esq.
    Curtis J. Crowther, Esq.
    Sean T. Greecher, Esq.
    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    The Brandywine Building, 17th Floor
    1000 West Street
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    (302) 571-6600

    -and-

    Daniel H. Slate
    HUGHES HUBBARD & REED LLP
    350 South Grand Avenue
    Los Angeles, California 90071-3442

2. Infrastructure Service Company, LLC (Plaintiff/Debtor)

    BLANK ROME LLP
    Michael D. DeBaecke, Esq.
    Steven L. Caponi, Esq.
    Elio Battista, Jr., Esq.
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    (302) 425-6400

    -and-

    RUTAN & TUCKER, LLP
    Penelope Parmes, Esq.
    Martin W. Taylor, Esq.
    Matthew Grimshaw, Esq.
    611 Anton Boulevard, Suite 1400
    Costa Mesa, CA 92626
    (714) 338-1861

The names of other interested parties to the Appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

WP3:1128700.1                                                                 63398.1001

    3.    The Office of the United States Trustee
William Harrington, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
(302) 573-6491

Dated: Wilmington, Delaware
July 15, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Joseph A. Malfitano (No. 4020)
Curtis J. Crowther (No. 3238)
Sean T. Greecher (No. 4484)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600

-and-

Daniel H. Slate
HUGHES HUBBARD & REED LLP
350 South Grand Avenue
Los Angeles, California 90071-3442

Counsel for Defendants

WP3:1128700.1      63398.1001