**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **August 9, 2005**

To: Peter Dalleo, Clerk
U. S. District Court
District of Delaware
U. S. Courthouse - 844 King Street
Wilmington DE 19801

Re: **Infrastructure Service company, LLC v. John F. Firestone, HUB Management, Inc., John Firestone Master Limited Partnership, HMI Group, Inc.**

    Adv. Case # 05-51879
    AP#-05-56
    Bankruptcy Case #04-12037

    Enclosed please find the bankruptcy Record on Appeal for AP#05-56 appealing Order Regarding Plaintiffs Emergency Motion for Temporary Restraining Order.

                                                      Sincerely,

                                                      David Bird, Clerk

By: Mary Ellen Behornar
      Deputy Clerk

**Debtors Counsel:**

**Elio Battista, Jr.**
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
Fax : (302) 425-6464


**Michael David Debaecke**
Blank RomeLLP
1201 Market St.
Suite 800
Wilmington, DE 19899
(302) 425-6400
Fax : (302) 425-6464
Email: debaecke@blankrome.com
*LEAD ATTORNEY*


**Defendant's Counsel:**

**Joseph A. Malfitano**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
usa
302-571-6600
Fax : 302-571-1253
Email: bankruptcy@ycst.com


**Sean T. Greecher**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
302-571-6600
Email: bankruptcy@ycst.com