IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| INFRASTRUCTURE SERVICE | ) | Case No. 04-12037 (PJW) |
| COMPANY, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| INFRASTRUCTURE SERVICE | ) | |
| COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 05-51879 (PJW) |
| | ) | |
| JOHN F. FIRESTONE, HUB MANAGEMENT, | ) | |
| INC., JOHN FIRESTONE MASTER LIMITED | ) | |
| PARTNERSHIP, AND HMI GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION
OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, John F.

Firestone ("Firestone"), HUB Management, Inc. n/k/a HMI Group Inc. ("HUB"), and John

Firestone Master Limited Partnership (the "Master Partnership," and together with HUB and

Firestone, the "Appellants"), submit the following statement of issues presented by the

Appellants' appeal from the Order of the United States Bankruptcy Court for the District of

Delaware (the "Bankruptcy Court") entered July 7, 2005 [Adv. Docket No. 21] (the "Order")[1]

concerning the emergency motion for a temporary restraining order [Adv. Docket No. 3] (the

"Emergency Motion") filed by Infrastructure Service Company, LLC (the "Debtor" or

"Plaintiff").

---

[1] Docket entries from the above-captioned adversary proceeding shall be referred to as "Adv. Docket No. __."

1.      Did the Bankruptcy Court commit error when it entered the Order on the Emergency Motion denying the Plaintiff's request for a temporary restraining order but ruling that the transfers of title to the property at issue in the litigation "constitute[d] clear violations of the automatic stay" – which ruling was not necessary to the Order on the Emergency Motion, was one of the ultimate issues in the underlying adversary proceeding and no notice of a hearing on such issue was given and no evidentiary hearing was held?

2.      Did the Bankruptcy Court commit error when it entered the Order on the Emergency Motion denying the Plaintiff's request for a temporary restraining order but ruling that the transfers of title to the property at issue in the litigation "constitute[d] clear violations of the automatic stay" without notice, hearing, evidence or an opportunity to garner or present any such evidence or argument?

3.      Did the Bankruptcy Court commit error when it entered a ruling that the transfers of title to the property at issue in the litigation "constitute[d] clear violations of the automatic stay" that constitutes the entry of summary judgment sua sponte on the issue without notice, hearing, evidence or an opportunity to garner or present any such evidence or argument?

4.      Did the commit error when it entered the Order without including findings of fact, conclusions of law, and supporting reasons as required by Federal Rule of Bankruptcy Procedure 7052 in support of each of the Bankruptcy Court's rulings, does not identify which provision of section 362 of the Bankruptcy Code was allegedly violated and does not explain the basis for, or facts supporting, a finding that property of the bankruptcy estate was involved and/or effected?

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the

Appellants designate the following items to be included in the record on appeal with respect to

the Notice of Appeal.

| Filing Date | Docket No. | Docket Text (Adversary Docket) |
|---|---|---|
| 06/28/2005 | 3 | Motion for Temporary Restraining Order *and Preliminary Injunction* Filed by Infrastructure Service Company, LLC. (Attachments: # 1 Proposed Form of Order (Temporary Restraining Order)) (Battista, Elio) (Entered: 06/28/2005) |
| 06/29/2005 | 8 | Notice of Hearing *Re: Adv. Dkt. No. 3* Filed by Infrastructure Service Company, LLC. Hearing scheduled for 6/30/2005 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 6/30/2005. (Attachments: # (1) Certificate of Service)(Debaecke, Michael) (Entered: 06/29/2005) |
| 06/29/2005 | 10 | Response to *(in Opposition to) Debtor's Emergency Motion for Temporary Restraining Order and Preliminary Injunction* Filed by John F. Firestone, HUB Management, Inc., John Firestone Master Limited Partnership, HMI Group, Inc. (Greecher, Sean) (Entered: 06/29/2005) |
| 06/30/2005 | 16 | Certification of Counsel *regarding Motion for Temporary Restraining Order and Preliminary Injunction* (related document(s)3 ) Filed by John F. Firestone, HUB Management, Inc., John Firestone Master Limited Partnership, HMI Group, Inc. (Malfitano, Joseph) (Entered: 06/30/2005) |
| 07/01/2005 | 18 | Response to *the Certification of Counsel and Proposed Order Submitted by Defendants* (related document(s)3 ) Filed by Infrastructure Service Company, LLC (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Debaecke, Michael) (Entered: 07/01/2005) |
| 07/07/2005 | 21 | Order Regarding Motion for Temporary Restraining Order and Preliminary Injunction. (related document(s)3 ) Order Signed on 7/7/2005. (LCN, ) (Entered: 07/07/2005) |

| Filing Date | Docket No. | Docket Text (Main Docket) |
|---|---|---|
| 07/06/2005 | <u>318</u> | Transcript of Hearing held on June 30, 2005 at 10:00 A.M. before the Honorable Peter J. Walsh (related document(s) [307, 311]) (SS, ) (Entered: 07/06/2005) |

Respectfully submitted,

Date:  Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
      July 22, 2005

Joseph A. Malfitano (No. 4020)
Curtis J. Crowther (No. 3238)
Sean T. Greecher (No. 4484)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600

-and-

Daniel H. Slate
HUGHES HUBBARD & REED LLP
350 South Grand Avenue
Los Angeles, California 90071-3442

Counsel for Appellants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| INFRASTRUCTURE SERVICE COMPANY, LLC, | Case No. 04-12037 (PJW) |
| Debtor. | |

| | |
|---|---|
| INFRASTRUCTURE SERVICE COMPANY, LLC, | |
| Plaintiff, | Adv. Pro. No. 05-51879 |
| v. | |
| JOHN F. FIRESTONE, HUB MANAGEMENT, INC., a Texas Corporation, JOHN FIRESTONE MASTER LIMITED PARTNERSHIP, a Texas L.T.D., AND HMI GROUP, INC., a Texas Corporation. | |
| Defendants. | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                           ) SS
NEW CASTLE COUNTY  )

Stefanie Boyle, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the Defendants, in the above referenced adversary proceeding, and on the 15th day of July, 2005 she caused a copy of the following:

**Appellant's Statement of Issues on Appeal and Designation of Items to be Included in the Record**

to be served upon the parties identified on the attached service list in the manner indicated.

_____
Stefanie Boyle

SWORN TO AND SUBSCRIBED before me the 22 day of July, 2005.

_____
Notary Public
My Commission Expires:_____

DB01:1626648.5

DEBBIE E. LASKIN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 21, 2008

**SERVICE LIST**
**Infrastructure Service Company, LLC**
**7/22/2005**

Michael D. DeBaecke, Esquire
Steven L. Caponi, Esq.
Elio Battista, Jr., Esq.
Blank Rome Comisky & McCauley, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
Counsel For Debtor
*Hand Delivery*

Penelope Parmes, Esq.
Martin W. Taylor, Esquire
Matthew Grimshaw, Esquire
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
Counsel For Debtor
*First Class Mail*