IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INFRASTRUCTURE SERVICE COMPANY, LLC | : | Case No. 04-12037 (PJW) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |
| INFRASTRUCTURE SERVICE COMPANY, LLC | : | Adv. Pro. No. 05-51879 (PJW) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN F. FIRESTONE, HUB MANAGEMENT, INC., JOHN FIRESTONE MASTER LIMITED PARTNERSHIP, AND HMI GROUP, INC., | : | |
| | : | |
| Defendants. | : | |

**DESIGNATION OF ADDITIONAL ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL**

Plaintiff/Appellee Infrastructure Service Company, LLC, hereby submits, pursuant to Federal Rule of Bankruptcy Procedure 8006 and Rule 8006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the following additional items to be included in the record for the appeal filed by John F. Firestone, HUB Management, Inc., John Firestone Master Limited Partnership, and HMI Group, Inc. from the Order of the United States Bankruptcy Court for the District of Delaware, entered July 7, 2005, Adv. Docket No. 21.

## Designation of Additional Items to Be Included in the Record on Appeal

| Filing Date | Adv. Docket Number. | Brief Description |
|---|---|---|
| 06/28/2005 | 1 | Complaint for (I) Violation of the Automatic Stay; (II) Declaratory Relief; (III) Breach of Contract; (IV) Fraudulent Conveyance; (V) Tortious Interference with Contract; and (VI) Injunctive Relief |
| 06/28/2005 | 4 | Brief in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction |
| 06/28/2005 | 6 | Notice of Corrected Exhibits A and B to the Brief in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction |
| 06/29/2005 | 11 | Declaration of John F. Firestone on Behalf of John Firestone Master Limited Partnership |
| 06/29/2005 | 12 | Declaration of John F. Firestone on Behalf of HMI Group, Inc. |
| 06/29/2005 | 13 | Declaration of John F. Firestone on Behalf of HUB3 LLC |
| 06/29/2005 | 14 | Declaration of John F. Firestone in Response to Complaint |

This Designation does not prejudice and does not constitute a waiver or estoppel with respect to Plaintiff/Appellee's position that the appeal filed by Defendants/Appellants should be dismissed as interlocutory. Plaintiff/Appellee reserves all rights, claims, and defenses, including without limitation the right to file a motion to dismiss the appeal.

Date: August 1, 2005

**BLANK ROME LLP**

_____
Michael D. DeBaecke (DE No. 3186)
Steven L. Caponi (DE No. 3484)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400

-and-

**RUTAN & TUCKER, LLP**
Penelope Parnes
Martin W. Taylor
Matthew Grimshaw
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
(714) 338-1861

Counsel for Debtor and Debtor in Possession

## CERTIFICATE OF SERVICE

I, *Elio Battista, Jr.*, certify that I am not less than 18 years of age, and that on August 1, 2005, I caused service of the attached *Designation of Additional Items To Be Included In The Record On Appeal* to be made on the parties listed below in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Elio Battista, Jr.

**BY HAND DELIVERY**

Joseph A. Malfitano
Curtis J. Crowther
Sean T. Greecher
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899-0391

**BY FIRST CLASS MAIL**

Daniel H. Slate
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442