IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 5

IN RE: Infrastructure Service Company LLC

| | | |
|---|---|---|
| John F. Firestone, HUB Management, | ) | |
| John Firestone Master Limited Partnership, | ) | |
| HMI Group, Inc. | ) | |
| Appellant | ) | Civil Action No.  05- 579 |
| v. | ) | |
| | ) | |
| Infrastructure Service Company LLC | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 04-12037 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 7/7/05 was docketed in the District Court on 8/10/05:

> Order Regarding Plaintiffs Emergency Motion for Temporary Restraining Order

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

      Peter T. Dalleo
      Clerk of Court

Date:

To:     U.S. Bankruptcy Court
        Counsel