## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INFRASTRUCTURE SERVICE COMPANY, LLC | |
| Debtor. | Bankruptcy Case No. 04-12037 (PJW) |
| | |
| John F. Firestone, Hub Management, Inc., John Firestone Master Limited Partnership, and HMI Group, Inc., | C.A. No. 05-579 (GMS) |
| Appellants, | |
| v. | Adv. Pro. No. 05-51879 (PJW) |
| INFRASTRUCTURE SERVICE COMPANY, LLC, | |
| Appellee. | |

## APPELLEE'S MOTION TO DISMISS APPEAL

Appellee Infrastructure Service Company, LLC (the "Debtor") hereby submits its motion to dismiss the above-captioned appeal filed by Defendants/Appellants John F. Firestone, HUB Management, Inc., John Firestone Master Limited Partnership, and HMI Group, Inc. The

121241.01600/40156856v.1

grounds in support of this motion are set forth in the Debtor's opening brief filed contemporaneously herewith.

Dated: September 23, 2005                         BLANK ROME LLP


                                                  _____
                                                  Michael D. DeBaecke (DE No. 3186)
                                                  1201 N. Market Street, Suite 800
                                                  Wilmington, DE 19801
                                                  (302) 425-6400

                                                          and

                                                  RUTAN & TUCKER, LLP
                                                  Penelope Parmes
                                                  Martin W. Taylor
                                                  Matthew Grimshaw
                                                  611 Anton Boulevard, Suite 1400
                                                  Costa Mesa, CA 92626
                                                  (714) 338-1861

                                                  Attorneys for Debtor/Appellee
                                                  Infrastructure Service Company, LLC