## CERTIFICATE OF SERVICE

I, *Michael D. DeBaecke*, certify that I am not less than 18 years of age, and that on September 23, 2005, I caused service of the attached *Appellee's Motion to Dismiss Appeal* and *Appellee's Opening Brief in Support of Moton to Dismiss Appeal* to be made on the parties listed on the attached service list in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

*Michael DeBaecke*
Michael D. DeBaecke

**INFRASTRUCTURE SERVICE COMPANY, LLC**
**2002 SERVICE LIST**

### BY HAND DELIVERY

William Harrington, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2313
Wilmington, DE 19801

Joseph A. Malfitano, Esquire
*Young Conaway Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600; (302) 576-3313
jmalfitano@ycst.com
*(Counsel for John F. Firestone and HUB Management, Inc.)*

### BY FIRST CLASS MAIL

Daniel H. Slate, Esquire
*Hughes Hubbard & Reed LLP*
350 South Grand Avenue
Los Angeles, CA 90071-3442
(213) 613-2800; (213) 613-2950
slate@hugheshubbard.com
*(Counsel for John F. Firestone and HUB Management, Inc.)*

Penelope Parmes, Esquire
Martin W. Taylor, Esquire
*Rutan & Tucker LLP*
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626-1931
(714) 641-3489; (714) 546-9035

Stephen R. Thames, Esquire
*Allen Matkins Leck Gamble & Mallory LLP*
1900 Main Street, 5th Floor
Irvine, CA 92614-7321
(949) 553-1313; (949) 553-8354

121241.01600/40144731v.1