IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INFRASTRUCTURE SERVICE COMPANY, LLC | ) Bankruptcy Case No. 04-12037 (PJW) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| John F. Firestone, Hub Management, Inc., | ) |
| John Firestone Master Limited Partnership, and | ) |
| HMI Group, Inc., | ) C.A. No. 05-579 (GMS) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) Adv. No. 05-51879 (PJW) |
| | ) |
| INFRASTRUCTURE SERVICE COMPANY, | ) |
| LLC, | ) |
| | ) |
| | ) |
| | ) |
| Appellee. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, and subject to the

approval and order of the Court, that the deadline by which Appellants have to respond the

Appellee's Motion to Dismiss Appeal in the above action is extended through and including the

date which is two weeks after the date by which the mediator for this action concludes that

mediation has been unsuccessful.  No extensions have been previously requested.


BLANK ROME LLP

*Michael DeBaecke*

Michael D. DeBaecke (DE No. 3186)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400


    -and-


RUTAN & TUCKER, LLP
Penelope Parmes
Martin W. Taylor
Matthew Grimshaw
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Phone: (714) 338-1861

*Attorneys for Debtor/Appellee Infrastructure
Service Company, LLC*

Dated: October  11 , 2005


YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean T. Greecher (No. 4484)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600


    -and-


HUGHES HUBBARD & REED LLP
Daniel H. Slate
350 South Grand Avenue
Los Angeles, California 90071-3442
Phone: (213) 613-2800

*Attorneys for Defendants/Appellants John F. Firestone,
HUB Management, Inc., John Firestone Master Limited
Partnership, and HMI Group, Inc.*

Dated: October  13, 2005


Dated: October ___, 2005


      SO ORDERED this _____ day of October, 2005


_____
Gregory M. Sleet
United States District Judge