## CERTIFICATE OF SERVICE

I hereby certify that on **October 13, 2005**, I electronically filed a true and correct copy of the **Stipulation and Order to Extend Time** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Elio Battista, Jr., Esquire
1201 Market Street, Suite 800
Wilmington, DE 19801
battista@blankrome.com

Joseph Anthony Malfitano, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

I further certify that on **October 13, 2005**, I caused a copy of the **Stipulation and Order to Extend Time** to be served by hand-delivery on the following counsel of record:

United States Trustee
Attn: William Harrington, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Michael D. DeBaecke, Esquire
Elio Battista, Jr., Esquire
Steven L. Caponi, Esquire
Blank Rome Comisky & McCauley, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
*Hand Delivery*

Richard G. Elliott, Jr., Esquire
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Hand Delivery*

I further certify that on **October 13, 2005**, I served the **Stipulation and Order to Extend Time** on the following non-registered participants in the manner indicated below:

Penelope Parmes, Esquire
Martin W. Taylor, Esquire
Matthew Grimshaw, Esquire
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
*First Class Mail*

Jon Lieberg, Esquire
Jon H. Lieberg, A.P.L.C.
27349 Jefferson Avenue, Suite 213
Temecula, CA 92590
*First Class Mail*

Daniel H. Slate, Esquire
Deborah Lintz, Esquire
Hughes Hubbard & Reed, LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA 90071-3442
*First Class Mail*

Stephen R. Thames, Esquire
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street, 5th Floor
Irvine, CA 92614-7321
*First Class Mail*

Dated: Wilmington, Delaware
October 13, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean T. Greecher (No. 4484)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600

*Attorneys for Defendants/Appellants John F. Firestone, HUB Management, Inc., John Firestone Master Limited Partnership, and HMI Group, Inc.*