IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INFRASTRUCTURE SERVICE COMPANY, LLC | ) Bankruptcy Case No. 04-12037 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| John F. Firestone, Hub Management, Inc., John Firestone Master Limited Partnership, and HMI Group, Inc., | ) ) ) C.A. No. 05-579 (GMS) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) Adv. No. 05-51879 (PJW) |
| | ) |
| INFRASTRUCTURE SERVICE COMPANY, LLC, | ) ) |
| | ) |
| Appellee. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, and subject to the approval and order of the Court, that the deadline by which Appellants have to respond the Appellee's Motion to Dismiss Appeal in the above action is extended through and including the

date which is two weeks after the date by which the mediator for this action concludes that mediation has been unsuccessful. No extensions have been previously requested.

| BLANK ROME LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| *Michael DeBaecke* | *[signature]* |
| Michael D. DeBaecke (DE No. 3186) | Sean T. Greecher (No. 4484) |
| 1201 N. Market Street, Suite 800 | The Brandywine Building, 17th Floor |
| Wilmington, DE 19801 | 1000 West Street |
| Phone: (302) 425-6400 | P.O. Box 391 |
| | Wilmington, Delaware 19899-0391 |
| | Phone: (302) 571-6600 |
| -and- | |
| | -and- |
| RUTAN & TUCKER, LLP | |
| Penelope Parmes | HUGHES HUBBARD & REED LLP |
| Martin W. Taylor | Daniel H. Slate |
| Matthew Grimshaw | 350 South Grand Avenue |
| 611 Anton Boulevard, Suite 1400 | Los Angeles, California 90071-3442 |
| Costa Mesa, CA 92626 | Phone: (213) 613-2800 |
| Phone: (714) 338-1861 | |

*Attorneys for Debtor/Appellee Infrastructure Service Company, LLC*

*Attorneys for Defendants/Appellants John F. Firestone, HUB Management, Inc., John Firestone Master Limited Partnership, and HMI Group, Inc.*

Dated: October 11, 2005

Dated: October 13, 2005

Dated: October ___, 2005

SO ORDERED this 14th day of October, 2005

*[signature]*
Gregory M. Sleet
United States District Judge

FILED
OCT 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DB01:1864042.1

063398.1001