## RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RICHARD G. ELLIOTT, JR.
DIRECTOR

DIRECT DIAL NUMBER
302-651-7630
ELLIOTT@RLF.COM

November 4, 2005



**VIA HAND DELIVERY**

Ms. Monica Mosley
Office of the Clerk
United States District Court for
    the District of Delaware
Lock Box 18, 844 King Street
Wilmington, DE  19801

Re:   In re: Infrastructure Service Company LLC
      (Debtor), John F. Firestone, John Firestone
      Master Limited Partnership, HMI Group Inc.
      and HUB Management Inc. (Appellants) v.
      Infrastructure Service Company LLC (Appellee),
      C.A. No. 05-579 GMS

Dear Monica:

      This is to advise the Court that mediation in the above-captioned matter is not possible. I have met with the parties and engaged in follow-up correspondence and communications in an effort to formulate an order which would result in a dismissal of the appeal. Such an order is not possible because of long-standing animosity and distrust between the parties. Complicating the matter is the fact that there is litigation pending in California involving the same parties that makes resolution of this appeal extremely difficult.

Respectfully submitted,

Richard G. Elliott, Jr.

RGE:krr

cc:   Michael D. DeBaecke, Esquire
      Joseph A. Malfitano, Esquire

RLF1-2941624-1