## CERTIFICATE OF SERVICE

I, *Michael D. DeBaecke*, certify that I am not less than 18 years of age, and that on

November 29, 2005, I caused service of the attached *Appellee's Reply Brief in Support of Motion*

*to Dismiss Appeal* to be made on the parties listed on the attached service list in the manner

indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

*Michael DeBaecke*

Michael D. DeBaecke

### BY HAND DELIVERY

William Harrington, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2313
Wilmington, DE 19801

Joseph A. Malfitano, Esquire
*Young Conaway Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY FIRST CLASS MAIL

Penelope Parmes, Esquire
*Rutan & Tucker LLP*
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626-1931

Stephen R. Thames, Esquire
*Allen Matkins Leck Gamble*
  *& Mallory LLP*
1900 Main Street, 5th
Irvine, CA 92614-7321

Daniel H. Slate, Esquire
*Hughes Hubbard & Reed LLP*
350 South Grand Avenue
Los Angeles, CA 90071-3442