IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| INFRASTRUCTURE SERVICE COMPANY, LLC | ) ) ) | Case No. 04-12037 (PJW) |
| | ) | |
| Debtor. | ) | |
| INFRASTRUCTURE SERVICE COMPANY, LLC, | ) ) ) | |
| | ) | C.A. No. 05-579 (GMS) |
| Appellee, | ) ) | |
| v. | ) ) | Adv. No. 05-51879 (PJW) |
| | ) | |
| JOHN F. FIRESTONE, HUB MANAGEMENT, INC., JOHN FIRESTONE MASTER LIMITED PARTNERSHIP, AND HMI GROUP, INC., | ) ) ) ) | |
| Appellants. | ) | |

## APPELLANT'S REQUEST FOR ORAL ARGUMENT

John F. Firestone ("Firestone"), HUB Management, Inc. n/k/a HMI Group Inc. ("HUB"), and John Firestone Master Limited Partnership (the "Master Partnership," and together with HUB and Firestone, the "Appellants"), hereby request oral argument with respect to the Appellee's Motion to Dismiss Appeal (the "Motion"), filed by Infrastructure Service Company, LLC pursuant to D. Del. L.R. 7.1.4 and Federal Rule of Bankruptcy Procedure 8012.

*(Remainder of Page Intentionally Left Blank)*

Briefing on the Motion was completed on November 29, 2005, and the parties' briefs were filed as Docket Items 7, 12, and 13.

Dated: Wilmington, Delaware
November 30, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Joseph A. Malfitano (No. 4020)
Curtis J. Crowther (No. 3238)
Sean T. Greecher (No. 4484)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600

-and-

Daniel H. Slate
HUGHES HUBBARD & REED LLP
350 South Grand Avenue
Los Angeles, California 90071-3442

Attorneys for Appellants