APR 1 7 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INFRASTRUCTURE SERVICE COMPANY, LLC | ) Bankruptcy Case No. 04-12037 (PJW) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

| | |
|---|---|
| John F. Firestone, HUB Management, Inc., John Firestone Master Limited Partnership, and HMI Group, Inc., | ) ) ) C.A. No. 05-579 (GMS) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) Adv. No. 05-51879 (PJW) |
| | ) |
| INFRASTRUCTURE SERVICE COMPANY, LLC, | ) ) |
| | ) |
| | ) |
| | ) |
| Appellee. | ) |

## STIPULATION AND ORDER WITH RESPECT TO BRIEFING SCHEDULE

In the event Appellee's pending Motion to Dismiss Appeal (the "Motion to Dismiss") is denied, IT IS HEREBY STIPULATED and agreed by the parties to this appeal that the initial briefing schedule on the merits of this appeal shall be as follows:

　　　　1.　The Appellants' opening brief shall be filed and served on or before the date which is fifteen (15) days after the date of entry of a final, non-appealable order denying the currently pending Motion to Dismiss (the "Opening Brief Deadline").

　　　　2.　The Appellee's answering brief shall be filed and served on or before the date which is fifteen (15) days after the Opening Brief Deadline (the "Answering Brief Deadline").

3.   The Appellants' reply brief, if any, shall be filed and served on or before the

date which is ten (10) days after the Answering Brief Deadline.

BLANK ROME LLP

*Michael DeBaecke*

Michael D. DeBaecke (DE No. 3186)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 425-6400

-and-

RUTAN & TUCKER, LLP
Penelope Parmes
Martin W. Taylor
Matthew Grimshaw
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Phone: (714) 338-1861

*Attorneys for Debtor/Appellee Infrastructure
Service Company, LLC*

Dated: April 19, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Joseph A. Malfitano (No. 4020)
Sean T. Greecher (No. 4484)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600

-and-

HUGHES HUBBARD & REED LLP
Daniel H. Slate
350 South Grand Avenue
Los Angeles, California 90071-3442
Phone: (213) 613-2800

*Attorneys for Defendants/Appellants John F. Firestone,
HUB Management, Inc., John Firestone Master Limited
Partnership, and HMI Group, Inc.*

Dated: April 19, 2006

So ordered this _____ day of _____, 2006

_____
United States District Judge