IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INFRASTRUCTURE SERVICE COMPANY, LLC | ) ) ) | Bankruptcy Case No. 04-12037 (PJW) |
| | ) | |
| Debtor. | ) ) | |
| John F. Firestone, Hub Management, Inc. John F. Firestone Master Limited Partnership and HMI Group, Inc., | ) ) ) ) | C.A. No. 05-579 (GMS) |
| | ) | |
| Appellants, | ) ) | |
| v. | ) ) | Adv. No. 05-51879 (PJW) |
| | ) | |
| INFRASTRUCTURE SERVICE COMPANY, LLC, | ) ) ) ) ) ) | |
| Appellee. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 19, 2006**, I caused a copy of the **Stipulation and Proposed Order with Respect to Briefing Schedule** to be served by hand-delivery on the following counsel of record:

United States Trustee
Attn: William Harrington, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*

Michael D. DeBaecke, Esquire
Elio Battista, Jr., Esquire
Steven L. Caponi, Esquire
Blank Rome Comisky & McCauley, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
*Hand Delivery*

DB01:2075341.1                                                                                                              063398.1001

I further certify that on **April 19, 2006**, I served the **Stipulation and Proposed Order with Respect to Briefing Schedule** on the following non-registered participants in the manner indicated below:

Penelope Parmes, Esquire
Martin W. Taylor, Esquire
Matthew Grimshaw, Esquire
Rutan & Tucker, LLP
611 Anton Bouelvard, 14th Floor
Costa Mesa, CA 92626
*First Class Mail*

Jon Lieberg, Esquire
Jon H. Lieberg, A.P.L.C.
27349 Jefferson Avenue, Suite 213
Temecula, CA 92590
*First Class Mail*

Daniel H. Slate, Esquire
Deborah Lintz, Esquire
Hughes Hubbard & Reed, LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA 90071-3442
*First Class Mail*

Stephen R. Thames, Esquire
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street, 5th Floor
Irvine, CA 92614-7321
*First Class Mail*

Dated: Wilmington, Delaware
April 19, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Sean T. Greecher (No. 4484)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Phone: (302) 571-6600

*Attorneys for Appellants John F. Firestone, HUB Management, Inc., John Firestone Master Limited Partnership, and HMI Group, Inc.*