IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankr. Case No. 04-12037 (PJW) |
| INFRASTRUCTURE SERVICE | ) | Adv. No. 05-51879 (PJW) |
| COMPANY, LLC, | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JOHN F. FIRESTONE, HUB MANAGEMENT, INC., JOHN FIRESTONE MASTER LIMITED PARTNERSHIP, AND HMI GROUP, INC., | ) | |
| | ) | |
| Appellants, | ) | C.A. No. 05-579 (GMS) |
| v. | ) | |
| INFRASTRUCTURE SERVICE COMPANY, LLC, | ) | |
| Appellee. | ) | |

## **ORDER**

Presently before the court is a motion to dismiss the above-captioned interlocutory appeal from the bankruptcy court. Subsequent to the filing and briefing of that motion, the bankruptcy court transferred the entire case to the Central District of California. "A district court may transfer a case or proceeding under title 11 to a district court for another district, in the interest of justice or for the convenience of the parties," pursuant to 28 U.S.C.A. § 1412 (1993). Moreover, "[a]n appeal under [28 U.S.C. § 158(a)] shall be taken only to the district court for the judicial district in which the bankruptcy judge is serving." 28 U.S.C.A. § 158(a) (Supp. 2005). Given the transfer powers conferred by § 1412, and the mandate of § 158(a), the court believes it is in the interest of justice

to transfer this appeal to the Central District of California as well. *See Shavers v. Dale*, Nos. 04-60483, 05-60143, and 05-60574, 2006 U.S. App. LEXIS 12937, at *3-*4 (5th Cir. 2006) (unpublished).

IT IS HEREBY ORDERED THAT:

The above-captioned appeal be TRANSFERRED to the United States District Court for the Central District of California.

Dated: June 28, 2006  /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE