FILED
AUG - 7 2006
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| In re: Infrastructure Service Co., LLC<br>Debtors | EDCV06-00840 AHM |
| John F. Firestone HUB Management, Inc.<br>et al<br>v.<br>Appellants | NOTICE OF RECEIPT OF CASE TRANSFERRED IN |
| Infrastructure service Company, LLC,<br><br>Appellees | FORMERLY CASE NUMBER:<br>04-12037 (PJW)<br>FROM:<br>District of **Delaware** |

TO:    **CLERK, U.S. DISTRICT COURT,**
AND TO: **ALL COUSEL OF RECORD**

The above-referenced case has been transferred to this district and assigned the above civil case number. The initials after the number indicate the case is assigned to Judge **A. Howard Matz**_____. The initials are part of the case number and should be included on all correspondence and documents filed with this court.

Please make sure that you are familiar and in compliance with the Local Rules of this District Court. Enclosed is our form *G-64*, *Application of Non-Resident Attorney*, which must be completed and returned as soon as possible in order that you be allowed to participate in this action. Effective June 1, 2004, the fee for this application is $185.00 per non-resident attorney seeking to appear on this case. Please remit the fee by business check or money order payable to "Clerk, U.S. District Court" when submitting your application.

Local Rule 83-2.7 requires that any attorney who has been authorized to appear in a case in this Court, and who changes his or her name, office address (or residence address if no office is maintained, law firm association, telephone number, facsimile number or e-mail address, shall, within fourteen (14) days of change, notify the Clerk of Court. If any actions are currently pending, the attorney shall file and serve a copy of the notice upon all opposing parties.

Please be advised that all documents filed in this District Court must be filed in original and one copy with both being blue-backed.

You are further advised that it is the responsibility of counsel to familiarize themselves with and adhere to *ALL* the Local Rules of the Central District of California

Complete copies of our Local Rules are available on the Court's website at www.cacd.uscourts.gov or may be purchased from the **LOS ANGELES DAILY JOURNAL**, 915 E. First Street, Los Angeles, CA 90012, (213) 229-5000, or from the **METROPOLITAN NEWS**, 210 S. Spring Street, Los Angeles, CA 90012, (213) 628-4384. Please contact them directly as to their charge for this service.

FILED
AUG 1 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CLERK, U.S. DISTRICT COURT

By: _____**L. Murray**_____
Deputy Clerk

05cv 579GMS  S    NOTICE OF RECEIPT OF CASE TRANSFERRED IN
CV-32 (06/04)




# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF DELAWARE
### OFFICE OF THE CLERK

PETER T. DALLEO
CLERK OF COURT

U.S. COURTHOUSE
844 KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

July 27, 2006

ED CV 06 - 00840 AHM

Clerk's Office
United States District Court for the
Central District of California
Eastern Division - Riverside Courthouse
3470 Twelfth Street
Riverside, CA 92501

      RE:   In Re: Infrastructure Service Company, LLC
              John F. Firestone, et al. V. Infrastructure Service Co. LLC
              Civil Action No. 05-579 GMS

Dear Clerk:

    By Order of Judge Gregory M. Sleet on June 28, 2006, this case has been transferred to the United States District Court for the Central District of California, Eastern Division. Enclosed are the following documents:

1. Certified copy of the court's Order dated June 28, 2006; and
2. Certified copy of the docket sheet.

    Please sign the attached letter acknowledging receipt of the above-named documents and return it to the undersigned at the above address.

    Thank you.

                                  Sincerely,
                                  PETER T. DALLEO, CLERK

                                  */s/ Marie McDavid*
                                  Deputy Clerk